D219252640 11/4/2019 7:53 AM PGS 2 Fee: $23.00 Submitter: CSC ERECORDING SOLUTIONS
Electronically Recorded by Tarrant County Clerk in Official Public Records — Mary Louise Nicholson

Mary Louise Nicholson

*NOTICE OF CONFIDENTIALITY RIGHTS:*
*IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED OF RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE*

**GENERAL WARRANTY DEED**
**WITH VENDOR'S LIEN**

SS0001318

| | |
|---|---|
| **THE STATE OF TEXAS** § | |
| § | **KNOW ALL MEN BY THESE PRESENTS:** |
| **COUNTY OF TARRANT** § | |

Date: October 28, 2019

Grantors: Alfred Vaituulala and Mele L. Vaituulala
Grantors' Mailing Address (including county): 2005 Stacey Court, Arlington, Tarrant County, Texas 76013

Grantee: AK Builders and Coatings, Inc.
Grantee's Mailing Address (including county): 6624 Valley Hi Drive, Sacramento, California 95823

Consideration: Ten Dollars ($10.00) and a note of even date executed by Grantee and payable to the order of N and K properties, LLC, in the principal amount of One Hundred Twenty-Five Thousand Dollars ($125,000.00). This note is secured by a first and superior Vendor's Lien and Superior Title retained in this deed in favor of Grantors and transferred to N and K Properties, LLC by a first-lien deed of trust of even date from Grantee to Sharon B. Smith, Trustee.

Property (including any improvements):

Lot 14, Block 1, COLONY HEIGHTS ADDITION, an addition to the City of Arlington, Tarrant County, Texas, according to the Plat thereof recorded in Volume 388-75, Page 36, Plat Records, Tarrant County, Texas.

Reservations from and Exceptions to Conveyance and Warranty:

This conveyance is made and accepted subject to the following matter, to the extent same are in effect at this time:

Any and all restrictions, covenants, conditions, easements, if any, relating to the hereinabove described property, but only to the extent they are still in effect, and show of record in the hereinabove mentioned County and State; to all zoning laws, regulations and ordinances of municipal and/or other governmental authorities, if any, but only to the extent that they are still in effect and relating to the hereinabove described property; any visible and apparent easements.

Grantors, for the consideration and subject to the reservations from and exceptions to conveyance and warranty, GRANT, SELL and CONVEY all of their interest to Grantee in the property, together with all and singular the rights and appurtenances thereto in any wise belonging, to have and hold it to Grantee, Grantee's heirs, executors, administrators, successors, or assigns forever. Grantors bind Grantors and Grantors' heirs, executors, administrators, and successors to warrant and forever defend all and singular

GENERAL WARRANTY DEED WITH VENDOR'S LIEN                                                                                           Page 1

the property to Grantee and Grantee's heirs, executors, administrators, successors to warrant and forever defend all and singular the property to Grantee and Grantee's heirs, executors, administrators, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the reservations from and exceptions to conveyance and warranty.

But it is expressly agreed that the Vendor's Lien, as well as the Superior Title in and to the above described premises, is retained against the above described property, premises and improvements until the above described note and all interest thereon are fully paid according to the face, tenor, effect and reading thereof, when this Deed shall become absolute.

Dated this 26 day of October, 2019.

_____
By: Alfred Vaituulala

_____
By: Mele L. Vaituulala

THE STATE OF TEXAS      §
COUNTY OF TARRANT       §

This instrument was acknowledged before me by the said Alfred Vaituulala and Mele L. Vaituulala, on the 28 day of October, 2019.

WILLIAM RYAN IGLESIA
MY COMMISSION EXPIRES
JULY 9, 2023
NOTARY ID: 130290754

_____
Notary Public – State of Texas

Prepared by the Law Offices of:
SHARON B. SMITH, P.C.
1905 Central Drive, Suite 203
Bedford, Texas 76021
(817) 354-7661

NOTE

Sharon B. Smith, P.C., a Professional Corporation, has formed no opinion as to the title of the property described above. It has prepared this document based on information supplied by the Grantor and/or Grantee and on such other available information. Neither Sharon B. Smith, P.C., nor Sharon B. Smith, Attorney, individually, make any representation and/or warranty of any type regarding either title to this property or the legal effect of this transaction.

AFTER RECORDING, RETURN TO:
Sharon B. Smith, P.C.
1905 Central Drive, Suite 103
Bedford, Texas 76021

GENERAL WARRANTY DEED WITH VENDOR'S LIEN                                          Page 2