Clayton L. Everett | State Bar No. 24065212
Norred Law, PLLC | 515 E. Border St. | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Defendant

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| **In re:** | |
| **Mele L Vaituulala** | Case No. 22-42980-mxm |
| Debtor(s) | **Chapter 11** |
| **Mele L Vaituulala,** | |
| Plaintiff(s) | |
| **v.** | |
| | **Adversary No. 23-04018-mxm** |
| **N and K Properties LLC,** | |
| Defendant(s) | |

## AMENDED NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on N and K Properties ("Defendant") *Motion to Dismiss for Failure to State a Claim* (Dkt. 6) will be held on **Tuesday, June 20, 2023, at 9:30 a.m.** before the Honorable Mark X. Mullin, United States Bankruptcy Court, 501 West 10th Street, Room 128, Fort Worth, TX 76102, and **via Webex, information below:**

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/mullin

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207

Meeting ID: 474 603 746

_____
Amended Notice of Hearing on Defendant's Motion to Dismiss

DATED: May 11, 2023.                           Respectfully submitted:


                                                  By:    /s/ Clayton L. Everett
Clayton L. Everett | State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.; Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Defendant


## CERTIFICATE OF SERVICE

      I certify that on May 11, 2023, a true and correct copy of this Amended Notice was served upon the parties receiving notice via the Court's CM/ECF system. A copy was also mailed to the party below:

Attorney for Plaintiff
Charles R. Chesnutt
2608 Hibernia Street, Office 107
Dallas, TX 75204

                                                  By: __/s/ Clayton L. Everett____