Charles Chesnutt
9716 Edgepine Drive
Dallas TX 75238

COUNSEL FOR MELE VIATUULALA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                              CASE NO. 22-42980

    MELE L. VIATUULALA

DEBTOR

---

MELE L. VIATUULALA                          ADV. NO. 23-04018
    Plaintiff

Verses

N and K PROPERITES LLC
    Defendant

## SECOND AMENDED DESIGNATION OF RECORD
## And ISSUES OF APPEAL

TO THE HONORABLE MARK X. MULLIN

The undersigned Appellant intends to use the following in her appeal:

1. Final Judgment (#51)

2. Findings of Fact (#50)

3. Notice of Appeal (#54)

4. Transcript of Mele Viatuulala

5. Transcript of Al Viatuulala

6. Deed (#47)

7. Deed of Trust (#47)

The undersigned intents to raise the following of appeal:

Whether the court erred in finding that the homestead was sold.

Respectfully submitted by,

Charles R. Chesnutt

Charles R. Chesnutt, P.C.
9716 Edgepine Drive
Dallas Texas 75238

972.248.7000
crc@chapter7-11.com

**Certificate of Service**

I certify that as of the day of filing, the opposing party and all interested parties received copies of this pleading.

Charles Chesnutt